[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

---

No. 01-1375

ANINA RASTEN,

Plaintiff, Appellant,

v.

BLAIR GELBOND,

Defendant, Appellee.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Reginald C. Lindsay, U.S. District Judge]

---

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

---

Anina Rasten on brief pro se.

---

DECEMBER 4,2001

**Per Curiam**.  After due consideration of the record and the appellant's brief, we perceive no error in the district court's decision.

Affirmed.  Loc. R. 27(c).